# UNITED STATES DISTRICT COURT
for the
### Eastern District of Kentucky
Frankfort Division

| | | |
|---|---|---|
| Steven Z. Brewer | ) | |
|    *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| GLA Collection Co., Inc. | ) | |
|    *Defendant* | ) | |
|    Serve: | ) | |
|       Michael L. Lynch | ) | |
|       2630 Gleeson Lane | ) | |
|       Louisville, KY 40299 | ) | |
| | ) | |

## **COMPLAINT and DEMAND FOR JURY TRIAL**

For his Complaint, Plaintiff, Steven Brewer, avers as follows:

### Jurisdiction and Venue

1. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. Declaratory relief is available pursuant to 28 U.S.C. § 2201. Venue is proper, because many of the relevant events affected and/or damaged a consumer living within Greenup County, Ky., which is located within this District.

2. This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA"), in connection with a defaulted debt, that does not and has never belonged to Plaintiff Steven Brewer. The debts at issue are all medical debts. Mr. Brewer is a disabled veteran who has free health care in exchange for his service and sacrifice. These are not Mr. Brewer's debts. Mr. Brewer is the victim of identity theft, which he has repeatedly documented for Defendant GLA Collections, Inc. to no avail. Mr. Brewer seeks actual damages, statutory and punitive damages, and to the extent possible, declaratory relief.

### PARTIES

3. Mr. Brewer is an adult resident of Greenup County, KY.

4. Mr. Brewer is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

5. GLA Collection Co., Inc. ("GLA") is a third-party debt collector, whose principal office is located at 2630 Gleeson Ln., Louisville, KY 40299

6. GLA regularly collect or attempt to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

**FACTUAL BACKGROUND**

7. Mr. Brewer is a disabled American Veteran, who is entitled to free medical care nationwide.

8. Mr. Brewer is the victim of identity theft.

9. The identity thief illegally opened many different accounts in Mr. Brewer's name, including charge accounts, utility accounts, and medical accounts.

10. Mr. Brewer has taken every step within his power to clear his name and rid himself of these unauthorized accounts and charges, including filing a police report, completing an identity-theft affidavits supplied by the Kentucky Attorney General's office, and actively disputing these "debts" with every creditor and the big three consumer reporting agencies.

11. As result of these unauthorized charges and debts, Mr. Brewer has suffered actual damages including: increase in automobile insurance premiums, increase in homeowners insurance premiums, denial of home refinancing and/or a loan to purchase a new home, denial of automobile financing, denial of high-yield brokerage and savings account, denial of credit, loss of accreditation, and loss of employment.

12. In an attempt to end his misery and to clean up the false information on his credit reports, on August 3, 2012, Mr. Brewer filed suit against all three major consumer reporting agencies and several of the furnishers reporting negative information on his credit report, including GLA.

13. Mr. Brewer claims against GLA in the August 3rd lawsuit consisted of claims under the FDCPA and Fair Credit Reporting Act for GLA's reporting of false negative information concerning Mr. Brewer to consumer reporting agencies and GLA's attempts to collect debts from Mr. Brewer that he did not owe.

14. GLA eventually settled the lawsuit with Mr. Brewer on December 9, 2012.

15. After dismissal of the lawsuit against Mr. Brewer, GLA continued to attempt to collect medical debts from Mr. Brewer that he does not owe.

16. Medical debts are debts incurred for household and/or personal purposes, making the debts that GLA is attempting to collect from Mr. Brewer "debts" within the meaning of the FDCPA.

17. As Mr. Brewer repeatedly informed GLA, as a disabled veteran, he is entitled to free medical care nationwide.

18. Mr. Brewer supplied documentation to GLA numerous times establishing that he is a victim of identity theft and that he is a disabled veteran entitled to free health care.

19. GLA threatened to sue Mr. Brewer if he refused to pay these debts that he does not owe.

18. As of the date of the filing this complaint, GLA has not brought suit against Mr. Brewer.

20. Despite ample documentary proof that he is the victim of identity theft and does not owe these debts, GLA refuses to stop its attempts to collect these debts from Mr. Brewer.

21. Upon information and belief, GLA is reporting negative information about Mr. Brewer to one or more consumer reporting agencies.

22. GLA's continued attempts to collect debts from Mr. Brewer has caused Mr. Brewer great stress, anxiety, frustration, and filled him with a sense of hopelessness.

## CLAIMS FOR RELIEF:

### Violation of the Fair Debt Collection Practices Act

23. The foregoing acts and omissions of GLA Collection Co., Inc. constitute violations of the FDCPA, including, but not limited to:

    **a.** Violation of 15 U.S.C. §1692e(5): by GLA threatening to take an action that it cannot legally take by threatening to sue Mr. Brewer to collect a debt that he did not and does not owe;

    **b.** Violation of 15 U.S.C. §1692d: in that GLA harassed, oppressed, or abused Mr. Brewer by relentlessly and continually attempting to collect a debt that he did not and does not owe;

    **c.** Violation of 15 U.S.C. §1692e(2)(A): by GLA falsely representing that Mr. Brewer owed a debt to one or more of its clients;

    **d.** Violation of 15 U.S.C. §1692e(10): by GLA falsely and deceptively representing that Mr. Brewer owed a debt that he did not and does not owe; and

    **e.** Violation of 15 U.S.C. §1692f(1): GLA attempted to collect principal and interest on debts that Mr. Brewer did not and does not owe.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Steven Brewer requests the Court grant him relief as follows:

a. Declare that Plaintiff does not owe GLA or any of its clients any debt;

b. Award Plaintiff actual damages;

c. Award Plaintiff statutory damages;

d. Award Plaintiff punitive damages;

d. Award Plaintiff reasonable attorney's fees and costs;

e. A trial by jury; and

f. Such other relief as may be just and proper.

        Respectfully Submitted,

**James H. Lawson**
*Lawson at Law, PLLC*
4055 Shelbyville Road
Suite B
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
james@kyclc.com

**James McKenzie**
*James R. McKenzie Attorney, PLLC*
4055 Shelbyville Road
Suite B
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
jmckenzie@jmckenzieatty.com