# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Ashland Division**

| | | |
|---|---|---|
| Steven Z. Brewer | ) | |
|    *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.    0:13-cv-00145-HRW |
| | ) | |
| GLA Collection Co., Inc. | ) | |
|    *Defendant* | ) | |
| | ) | |

### Notice of Settlement

Please take notice that Plaintiff has reached a settlement with Defendant. Once the settlement is final, the parties will file a joint dismissal with prejudice.

Respectfully Submitted,

_____
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Unit #4
Louisville, KY 40207
(502) 473-6525
Email: james@kyclc.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ James H. Lawson
James H. Lawson
*Counsel for Plaintiff*